UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

*Blake Kantor*

Defendant,

-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 19 2018 ★

LONG ISLAND OFFICE

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE
FOR PURPOSES OF A PLEA OF
GUILTY AND ALLOCUTION

CASE NUMBER: 18 CR 177 (SJF)

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to plead guilty before a United States district judge or a United States magistrate judge.

I HEREBY:   Waive (give up) my right to a plea of guilty herein before a United States district judge, and consent to the plea and allocution before a United States magistrate judge.

X _____
Defendant

Dated: *November 19, 2018*
Central Islip, New York