

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

al
SLR:LDM:MMO
F. #2018R00396

*610 Federal Plaza*
*Central Islip, New York 11722*

November 26, 2018

By ECF and Courtesy Copy by Interoffice Mail
Honorable Sandra J. Feuerstein
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Blake Kantor
                Criminal Docket No. 18-177 (SJF)

Dear Judge Feuerstein:

      Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-captioned case, the terms of which the defendant, Blake Kantor, has agreed to in connection with his guilty plea, taken before Magistrate Judge Gary R. Brown, on or about November 19, 2018. Accordingly, the government respectfully requests that the Court "so order" the enclosed proposed Order.

      Thank you for Your Honor's consideration of this submission.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:    */s/ Madeline O'Connor*
      Madeline O'Connor
      Assistant U.S. Attorney
      (631) 715-7870

Enclosure: Order of Forfeiture
cc: Counsel of Record (by ECF)