**CRIMINAL CAUSE FOR SENTENCING**

BEFORE JUDGE FEUERSTEIN      July 1, 2019          TIME: 11:15 am (45 minutes)

CR 18-0177

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   **JUL 0 1 2019**   ★

LONG ISLAND OFFICE

DEFT NAME: **Blake Kantor**

     X   present _____ not present _____ cust. _____ X  bail

DEFENSE COUNSEL: **Vito Palmieri**

     X   present _____ not present _____ CJA _____ X  RET. _____ LAS

**A.U.S.A.: Bradley King**                              CLERK: **JJT**

COURT REPORTER: Fred Guerino                OTHER: USPO

INT:    (LANG.-         )

 X    CASE CALLED.    ___    SENTENCING ADJ'D TO_____.

 X    SENTENCING HELD.    X    STATEMENTS OF DEFT AND COUNSEL HEARD.

 X    DEFT SENTENCED ON COUNT(S) One (1) of the Indictment

SENTENCE TEXT: Defendant sentenced to Eighty-Six (86) months of imprisonment followed by three (3) of years supervised release. A $100 special assessment is imposed. Restitution imposed in the amount of $806,405.58, payable at a rate of $25 per quarter while in custody, and 10% of the defendant's gross monthly income while on supervised release.

REMAINING OPEN COUNTS ARE DISMISSED ON        X    GOVTS MOTION

                                               ___    COURT'S MOTION

 *X    COURT ADVISED DEFT OF RIGHT TO APPEAL.*    ___    I.F.P. GRANTED.

      *DEFT WAIVED RIGHT TO APPEAL IN PLEA AGREEMENT.*

___    DEFT REMANDED.    ___    DEFT ON BAIL PENDING APPEAL.

**OTHER:** The defendant shall surrender by August 16, 2019.