# PALMIERI, CASTIGLIONE & ASSOCIATES, PC

Attorneys at Law
250 Mineola Boulevard
Mineola, New York, 11501
Telephone (516) 248-9595 - Facsimile (516) 248-7897

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 09 2019 ★
LONG ISLAND OFFICE

VITO A. PALMIERI
FRANK P. CASTIGLIONE*

\* Admitted to NJ Bar

New Jersey Office
354 Eisenhower Parkway
Suite 2700
Livingston, New Jersey 07039

Writer's Direct Extension: 123
Email: vpalmieri@pcnylaw.com

August 7, 2019

**By Electronic Case Filing and Facsimile**
Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court
100 Federal Plaza
Central Islip, New York 11722

*Order*
The application is ✓ granted.
___ denied.
___ referred to the Magistrate Judge.

s/ Sandra J. Feuerstein
8/9/2019

Re: Criminal Action: USA v Blake Kantor,
Case No.: 2:18-cr-00177-561 (SJF-GRB)

Dear Judge Feuerstein:

My client is currently scheduled to surrender to the Department of Corrections to commence his sentence on August 16, 2019. However I spoke to the US Marshals office today and they informed me that they only received the sentencing Judgement today. They also stated that the normal designation time is one to two weeks.

Accordingly I would respectfully request that my clients surrender date be adjourned for a period of 30 days to September 16th, 2019, in order to insure that the designation is obtained and so my client can surrender directly to the designated facility. I have also conferred with AUSA King who consents to our request.

I thank the Court in advance for its consideration in this matter and should you have any other questions or concerns please feel free to contact me.

Respectfully submitted
/s/ *Vito A. Palmieri*
Vito A. Palmieri, Esq

VAP:dj